## Exhibit 3

**Proposed Publication Notice**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| | ) |
| CONEXANT SYSTEMS, INC., *et al.*,[1] | ) Case No. 13-10367 (MFW) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

## NOTICE OF BAR DATES FOR FILING PROOFS OF CLAIM

**THE GENERAL BAR DATE IS <u>MAY 17, 2013</u> AT 4:00 P.M. PREVAILING EASTERN TIME.**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

**Entry of the Bar Date Order.** On _____, 2013, the United States Bankruptcy Court for the District of Delaware entered an order [Docket No. ___] (the "***Bar Date Order***") establishing certain deadlines for the filing of proofs of claim in the chapter 11 cases of Conexant Systems, Inc. and certain of its affiliates (collectively, the "***Debtors***"). The table below lists the respective case number for each Debtor:

| DEBTOR | CASE NO. |
|---|---|
| Conexant Systems, Inc. | 13-10367 (MFW) |
| Conexant CF, LLC | 13-10368 (MFW) |
| Brooktree Broadband Holding, Inc. | 13-10369 (MFW) |
| Conexant, Inc. | 13-10370 (MFW) |
| Conexant Systems Worldwide, Inc. | 13-10371 (MFW) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: Conexant Systems, Inc. (9439); Conexant CF, LLC (6434); Brooktree Broadband Holding, Inc. (5436); Conexant, Inc. (8218); and Conexant Systems Worldwide, Inc. (0601). The Debtors' main corporate address is 4000 MacArthur Blvd., Newport Beach, California 92660.

> EXCEPT AS TO CERTAIN EXCEPTIONS EXPLICITLY SET FORTH IN THE BAR DATE ORDER, ANY PERSON OR ENTITY WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE THE GENERAL BAR DATE OR GOVERNMENTAL BAR DATE SHALL BE: (1) FOREVER BARRED FROM ASSERTING THAT CLAIM (OR FILING A PROOF OF CLAIM WITH RESPECT TO THAT CLAIM) AND THE DEBTORS AND THEIR PROPERTY WILL BE DISCHARGED FROM ANY AND ALL LIABILITY WITH RESPECT TO THAT CLAIM; AND (2) BARRED FROM RECEIVING ANY DISTRIBUTION IN THESE CHAPTER 11 CASES ON ACCOUNT OF THAT CLAIM.

**Who Must File a Proof of Claim.** Pursuant to the Bar Date Order, *all* persons and entities, including individuals, partnerships, estates and trusts who have a claim or potential claim against the Debtors that arose before February 28, 2013, no matter how remote or contingent such right to payment or equitable remedy may be, **including holders of claims allowable under section 503(b)(9) of the Bankruptcy Code**, MUST FILE A PROOF OF CLAIM on or before **4:00 p.m. prevailing Eastern Time, on Friday, May 17, 2013** (the "*General Bar Date*"). Governmental entities who have a claim or potential claim against the Debtors that arose before February 28, 2013, no matter how remote or contingent such right to payment or equitable remedy may be, MUST FILE A PROOF OF CLAIM on or before **4:00 p.m. prevailing Eastern Time, on Tuesday, August 27, 2013** (the "*Governmental Bar Date*").

**Filing a Proof of Claim.** Each *original* proof of claim must be filed, including supporting documentation, by U.S. mail or other hand delivery system, so as to be **actually received** by the Debtors' notice and claims agent on or before the General Bar Date or the Governmental Bar Date (or, where applicable, on or before any other Bar Date set forth in the Bar Date Order) at the following address: BMC Group, Inc., Attn: Conexant Systems, Inc. Claims Processing Center, P.O. Box 3020, Chanhassen, MN 55317-3020. If delivered by hand or overnight delivery to: BMC Group, Inc., Attn: Conexant Systems, Inc. Claims Processing, 18675 Lake Drive East, Chanhassen, MN 55317. **Proofs of claim sent by facsimile or electronic mail will NOT be accepted**.

**Contents of Proofs of Claim.** Subject to the Bar Date Order, each proof of claim must: (i) be written in English; (ii) include a claim amount denominated in United States dollars (and to the extent such claim is converted to United States dollars, the conversion rate used); (iii) clearly identify the Debtor against which a claim is asserted; (iv) conform substantially to Official Form 10; (v) be signed by the holder of the claim or by an authorized agent of the holder of the claim (and the proof of claim bearing the original signature must be the form filed); and (vi) include as attachments any and all supporting documentation on which the claim is based. **Please note**: A proof of claim filed under the joint administration case number (No. 13-10367 (MFW)), or otherwise without identifying a Debtor, will be deemed as filed only against Conexant Systems, Inc.

**Additional Information.** If you have any questions regarding the claims process and/or if you wish to obtain a copy of the Bar Date Order (which contains a more detailed description of the requirements for filing proofs of claim), a proof of claim form or related documents you may do so by: (i) calling The Debtors' restructuring hotline at 888-909-0100; (ii) visiting the Debtors' restructuring website at: www.bmcgroup.com/conexant and/or (iii) writing to BMC Group, Inc., Attn: Conexant Systems, Inc. Claims Processing, 18675 Lake Drive East, Chanhassen, MN 55317. **Please note** that BMC can **not** advise you how to file, or whether you should file, a proof of claim.