## Exhibit 4

**Proposed Publication List**

## Proposed Publication List

### National Publications:

- Wall Street Journal
- New York Times

### International Publications

- International Edition of the Wall Street Journal

### Regional Publications:

- Los Angeles Times
- Orange County Register