**Exhibit 5**

**Plan Supplement Notice**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CONEXANT SYSTEMS, INC., et al.,[1] | ) Case No. 13-10367 (MFW) |
| | ) |
| Debtors. | ) Jointly Administered |

### NOTICE OF FILING OF PLAN SUPPLEMENT

**PLEASE TAKE NOTICE THAT** on [_____], 2013, United States Bankruptcy Court for the District of Delaware (the "*Court*") entered an order (the "*Disclosure Statement Order*"): (a) authorizing Conexant Systems, Inc. and its affiliated debtors and debtors in possession (collectively, the "*Debtors*"), to solicit acceptances for the *First Modified Joint Plan of Reorganization of Conexant Systems, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* (as may be modified, amended or supplemented from time to time, the "*Plan*");[2] (b) approving the *Disclosure Statement for the First Modified Joint Plan of Reorganization of Conexant Systems, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* (the "*Disclosure Statement*") as containing "adequate information" pursuant to section 1125 of the Bankruptcy Code; (c) approving the solicitation materials and documents to be included in the solicitation packages; and (d) approving procedures for soliciting, receiving and tabulating votes on the Plan and for filing objections to the Plan.

**PLEASE TAKE FURTHER NOTICE THAT** as contemplated by the Plan the Disclosure Statement Order approving the Disclosure Statement, the Debtors filed the Plan Supplement with the Court on May 13, 2013 [Docket No. ___]. The Plan Supplement contains the following documents (each as defined in the Plan): (a) the New By-Laws; (b) the New Certificates of Incorporation; (c) the Rejected Executory Contract and Unexpired Lease List (d) the Assumed Executory Contract and Unexpired Lease List; (e) a list of retained Causes of Action, if any; (f) the identification of any Disbursing Agent other than the Reorganized Debtors; (g) the identity of the members of the Holdco Board and the New Subsidiary Boards; (h) the material terms of the Emergence Bonus Plan; (i) the material terms of the New Notes Indenture; and (j) the material terms of the New Working Capital Facility.

**PLEASE TAKE FURTHER NOTICE THAT** the hearing at which the Court will consider Confirmation of the Plan (the "*Confirmation Hearing*") will commence at **10:30 a.m.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: Conexant Systems, Inc. (9439); Conexant CF, LLC (6434); Brooktree Broadband Holding, Inc. (5436); Conexant, Inc. (8218); and Conexant Systems Worldwide, Inc. (0601). The Debtors' main corporate address is 4000 MacArthur Blvd., Newport Beach, California 92660.

[2] Capitalized terms not otherwise defined herein shall have the same meanings set forth in the Plan.

**prevailing Eastern Time on June 4, 2013**, before the Honorable Judge Walrath, in the United States Bankruptcy Court for the District of Delaware, located at 824 Market Street, Third Floor, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline for filing objections to the Plan is **May 23, 2013 at 4:00 p.m. prevailing Eastern Time** (the "*Plan Objection Deadline*"). Any objection to the Plan **must**: (a) be in writing; (b) conform to the Bankruptcy Rules, the Local Rules and any orders of the Court; (c) state, with particularity, the basis and nature of any objection to the Plan and, if practicable, a proposed modification to the Plan that would resolve such objection; and (d) be filed with the Court (contemporaneously with a proof of service) and served upon the following parties so as to be **actually received** on or before **May 23, 2013 at 4:00 p.m. prevailing Eastern Time**:

| | |
|---|---|
| **KIRKLAND & ELLIS LLP**<br>Attn: Joshua A. Sussberg, Esq.<br>Attn: Christoper T. Greco, Esq.<br>601 Lexington Avenue<br>New York, New York 10022-4611 | **KLEHR HARRISON HARVEY BRANZBURG LLP**<br>Attn: Domenic E. Pacitti, Esq.<br>Attn: Michael W. Yurkewicz, Esq.<br>919 N. Market Street, Suite 1000<br>Wilmington, Delaware 19801<br><br>Attn: Morton Branzburg, Esq.<br>1835 Market Street, Suite 1400<br>Philadelphia, Pennsylvania 19103 |
| *Co-Counsel to the Debtors* | |
| **AKIN GUMP STRAUSS HAUER & FELD LLP**<br>Attn: Michael S. Stamer, Esq.<br>One Bryant Park<br>New York, New York 10036<br><br>*Counsel to the Secured Lender* | **PEPPER HAMILTON**<br>Attn: David B. Stratton, Esq.<br>Attn: David M. Fournier, Esq.<br>Hercules Plaza, 1313 Market Street, Suite 5100<br>P.O. Box 1709<br>Wilmington, Delaware 19899-1709<br><br>*Co-Counsel to the Secured Lender* |
| **DLA PIPER**<br>Attn: Chris L. Dickerson, Esq.<br>203 North LaSalle Street, Suite 1900<br>Chicago, Illinois 60601<br><br>*Counsel to Golden Gate Private Equity, Inc.* | **COOLEY LLP**<br>Attn: Robert L. Eisenbach III, Esq.<br>101 California Street, 5th Floor<br>San Francisco, California 94111-5800<br><br>*Counsel to August Capital* |
| **THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE**<br>Attn: Tiiara Patton, Esq.<br>844 King Street, Suite 2207<br>Wilmington, Delaware 19801 ||
| **KELLEY DRYE & WARREN LLP**<br>Attn: James S. Carr, Esq.<br>Attn: Robert L. LeHane, Esq.<br>Attn: Craig A. Wolfe, Esq.<br>101 Park Avenue<br>New York, New York 10178<br><br>*Counsel to the Statutory Committee of Unsecured Creditors* | **WOMBLE CARLYLE SANDRIDGE & RICE, LLP**<br>Attn: Kevin J. Mangan, Esq.<br>Attn: Matthew P. Ward, Esq.<br>222 Delaware Avenue, Suite 1501<br>Wilmington, Delaware 19801<br><br>*Co-Counsel to the Statutory Committee of Unsecured Creditors* |

**PLEASE TAKE FURTHER NOTICE THAT** if you would like to obtain a copy of the Disclosure Statement, the Plan, the Plan Supplement or related documents, you should contact BMC Group, Inc., the voting and claims agent retained by the Debtors in these Chapter 11 Cases (the "*Voting and Claims Agent*"), by: (a) calling the Debtors' restructuring hotline at 888-909-0100; (b) visiting the Debtors' restructuring website at: www.bmcgroup.com/conexant; and/or (c) writing to BMC Group, Inc., Attn: Conexant Systems, Inc. Ballot Processing, 18675 Lake

Drive East, Chanhassen, MN 55317. You may also obtain copies of any pleadings filed in these Chapter 11 Cases for a fee via PACER at: http://www.deb.uscourts.gov.

> ARTICLE VIII OF THE PLAN CONTAINS RELEASE, EXCULPATION AND INJUNCTION PROVISIONS, AND **ARTICLE VIII.E. CONTAINS A THIRD-PARTY RELEASE**. THUS, YOU ARE ADVISED TO REVIEW AND CONSIDER THE PLAN CAREFULLY BECAUSE YOUR RIGHTS MIGHT BE AFFECTED THEREUNDER.
>
> **THIS NOTICE IS BEING SENT TO YOU FOR INFORMATIONAL PURPOSES ONLY. IF YOU HAVE QUESTIONS WITH RESPECT TO YOUR RIGHTS UNDER THE PLAN OR ABOUT ANYTHING STATED HEREIN OR IF YOU WOULD LIKE TO OBTAIN ADDITIONAL INFORMATION, CONTACT THE VOTING AND CLAIMS AGENT.**

Dated: _____, 2013
      Wilmington, Delaware

Domenic E. Pacitti (DE Bar No. 3989)
Michael W. Yurkewicz (DE Bar No. 4165)
**KLEHR HARRISON HARVEY BRANZBURG LLP**
919 N. Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone:   (302) 426-1189
Facsimile:   (302) 426-9193

- and -

Morton Branzburg (admitted *pro hac vice*)
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Telephone:   (215) 569-2700
Facsimile:   (215) 568-6603

- and -

Paul M. Basta (admitted *pro hac vice*)
Joshua A. Sussberg (admitted *pro hac vice*)
Christopher T. Greco (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900

*Co-Counsel to the Debtors and Debtors in Possession*