# Exhibit 6

**Notice of Non-Voting Status (Not Impaired)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CONEXANT SYSTEMS, INC., *et al.*,[1] | ) Case No. 13-10367 (MFW) |
|  | ) |
| Debtors. | ) Jointly Administered |
|  | ) |

### NOTICE OF NON-VOTING STATUS TO HOLDER OF UNIMPAIRED CLAIMS CONCLUSIVELY PRESUMED TO ACCEPT THE PLAN

**PLEASE TAKE NOTICE THAT** on [_____], 2013, the United States Bankruptcy Court for the District of Delaware (the "*Court*") entered an order (the "*Disclosure Statement Order*"): (a) authorizing Conexant Systems, Inc. and its affiliated debtors and debtors in possession (collectively, the "*Debtors*"), to solicit acceptances for the *First Modified Joint Plan of Reorganization of Conexant Systems, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* (as modified, amended or supplemented from time to time, the "*Plan*");[2] (b) approving the *Disclosure Statement for the First Modified Joint Plan of Reorganization of Conexant Systems, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* (the "*Disclosure Statement*") as containing "adequate information" pursuant to section 1125 of the Bankruptcy Code; (c) approving the solicitation materials and documents to be included in the solicitation packages; and (d) approving procedures for soliciting, receiving and tabulating votes on the Plan and for filing objections to the Plan.

**PLEASE TAKE FURTHER NOTICE THAT** because of the nature and treatment of your Claim under the Plan, *you are not entitled to vote on the Plan*. Specifically, under the terms of the Plan, as a holder of a Claim (as currently asserted against the Debtors) that is not Impaired and conclusively presumed to have accepted the Plan pursuant to section 1126(f) of the Bankruptcy Code, you are **not** entitled to vote on the Plan.

**PLEASE TAKE FURTHER NOTICE THAT** the hearing at which the Court will consider Confirmation of the Plan (the "*Confirmation Hearing*") will commence at **10:30 a.m. prevailing Eastern Time on June 4, 2013**, before the Honorable Judge Walrath, in the United

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: Conexant Systems, Inc. (9439); Conexant CF, LLC (6434); Brooktree Broadband Holding, Inc. (5436); Conexant, Inc. (8218); and Conexant Systems Worldwide, Inc. (0601). The Debtors' main corporate address is 4000 MacArthur Blvd., Newport Beach, California 92660.

[2] Capitalized terms not otherwise defined herein shall have the same meanings set forth in the Plan.

States Bankruptcy Court for the District of Delaware, located at 824 Market Street, Third Floor, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline for filing objections to the Plan is **May 23, 2013 at 4:00 p.m. prevailing Eastern Time** (the "*Plan Objection Deadline*"). All objections to the relief sought in the Plan must: (a) be in writing; (b) conform to the Bankruptcy Rules, the Local Rules and any orders of the Court; (c) state, with particularity, the legal and factual basis for the objection and, if practicable, a proposed modification to the Plan (or related materials) that would resolve such objection; and (d) be filed with the Court (contemporaneously with a proof of service) and served upon the following parties so as to be **actually received** on or before **May 23, 2013 at 4:00 p.m. prevailing Eastern Time**:

| KIRKLAND & ELLIS LLP<br>Attn: Joshua A. Sussberg, Esq.<br>Attn: Christopher T. Greco, Esq.<br>601 Lexington Avenue<br>New York, New York 10022-4611<br><br>*Co-Counsel to the Debtors* | KLEHR HARRISON HARVEY BRANZBURG LLP<br>Attn: Domenic E. Pacitti, Esq.<br>Attn: Michael W. Yurkewicz, Esq.<br>Attn: Margaret M. Manning, Esq.<br>919 N. Market Street, Suite 1000<br>Wilmington, Delaware 19801 |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>Attn: Michael S. Stamer, Esq.<br>One Bryant Park<br>New York, New York 10036<br><br>*Counsel to the Secured Lender* | PEPPER HAMILTON<br>Attn: David B. Stratton, Esq.<br>Attn: David M. Fournier, Esq.<br>Hercules Plaza, 1313 Market Street, Suite 5100<br>P.O. Box 1709<br>Wilmington, Delaware 19899-1709<br><br>*Co-Counsel to the Secured Lender* |
| DLA PIPER<br>Attn: Chris L. Dickerson, Esq.<br>203 North LaSalle Street, Suite 1900<br>Chicago, Illinois 60601<br><br>*Counsel to Golden Gate Private Equity, Inc.* | COOLEY LLP<br>Attn: Robert L. Eisenbach III, Esq.<br>101 California Street, 5th Floor<br>San Francisco, California 94111-5800<br><br>*Counsel to August Capital* |
| THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE<br>Attn: Tiiara Patton, Esq.<br>844 King Street, Suite 2207<br>Wilmington, Delaware 19801 ||
| KELLEY DRYE & WARREN LLP<br>Attn: James S. Carr, Esq.<br>Attn: Robert L. LeHane, Esq.<br>Attn: Craig A. Wolfe, Esq.<br>101 Park Avenue<br>New York, New York 10178<br><br>*Counsel to the Statutory Committee of Unsecured Creditors* | WOMBLE CARLYLE SANDRIDGE & RICE, LLP<br>Attn: Kevin J. Mangan, Esq.<br>Attn: Matthew P. Ward, Esq.<br>222 Delaware Avenue, Suite 1501<br>Wilmington, Delaware 19801<br><br>*Co-Counsel to the Statutory Committee of Unsecured Creditors* |

**PLEASE TAKE FURTHER NOTICE THAT** if you would like to obtain a copy of the Disclosure Statement, the Plan, the Plan Supplement or related documents, you should contact BMC Group, Inc., the voting and claims agent retained by the Debtors in these Chapter 11 Cases (the "*Voting and Claims Agent*"), by: (a) calling the Debtors' restructuring hotline at 888-909-0100; (b) visiting the Debtors' restructuring website at: www.bmcgroup.com/conexant; and/or (c) writing to BMC Group, Inc., Attn: Conexant Systems, Inc. Ballot Processing, 18675 Lake Drive East, Chanhassen, MN 55317. You may also obtain copies of any pleadings filed in these Chapter 11 Cases for a fee via PACER at: http://www.deb.uscourts.gov.

> ARTICLE VIII OF THE PLAN CONTAINS RELEASE, EXCULPATION AND INJUNCTION PROVISIONS, AND **ARTICLE VIII.E. CONTAINS A THIRD-PARTY RELEASE**. THUS, YOU ARE ADVISED TO REVIEW AND CONSIDER THE PLAN CAREFULLY BECAUSE YOUR RIGHTS MIGHT BE AFFECTED THEREUNDER.
>
> **THIS NOTICE IS BEING SENT TO YOU FOR INFORMATIONAL PURPOSES ONLY. IF YOU HAVE QUESTIONS WITH RESPECT TO YOUR RIGHTS UNDER THE PLAN OR ABOUT ANYTHING STATED HEREIN OR IF YOU WOULD LIKE TO OBTAIN**

Dated: _____, 2013
      Wilmington, Delaware

Domenic E. Pacitti (DE Bar No. 3989)
Michael W. Yurkewicz (DE Bar No. 4165)
**KLEHR HARRISON HARVEY BRANZBURG LLP**
919 N. Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone:   (302) 426-1189
Facsimile:    (302) 426-9193

- and -

Morton Branzburg (admitted *pro hac vice*)
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Telephone:   (215) 569-2700
Facsimile:    (215) 568-6603

- and -

Paul M. Basta (admitted *pro hac vice*)
Joshua A. Sussberg (admitted *pro hac vice*)
Christopher T. Greco (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900

*Co-Counsel to the Debtors and Debtors in Possession*