# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| CONEXANT SYSTEMS INC., *et al.*,[1] | Case No. 13-10367 (MFW) |
| Reorganized Debtors. | (Jointly Administered) |

## DECLARATION OF SERVICE

I, Michael J. Custer, hereby certify that on the 23rd day of October, 2013, I caused the following to be served upon the parties on the attached service list by first-class mail, postage prepaid.

- Final Decree Closing the Chapter 11 Case – Conexant CF, LLC  Case No. 13-10368 (Docket No. 6)

- Final Decree Closing the Chapter 11 Case – Brooktree Broadband Holding, Inc.  Case No. 13-10369 (Docket No. 6)

- Final Decree Closing the Chapter 11 Case – Conexant Inc.  Case No. 13-10370 (Docket No. 6)

- Final Decree Closing the Chapter 11 Case – Conexant System Worldwide, Inc. Case No. 13-10371 (Docket No. 6)

Dated: October 23, 2013  
Wilmington, Delaware

Respectfully submitted,

Pepper Hamilton LLP

 /s/ Michael J. Custer  
David B. Stratton (DE No. 960)  
David M. Fournier (DE No. 2982)  
Michael J. Custer (DE No. 4843)  
Hercules Plaza, Suite 5100  
1313 Market Street, P.O. Box 1709  
Wilmington, DE 19899-1709  
Tel:   302.777.6500  
Fax:   302.421.8390

*Attorneys for the Reorganized Debtors*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are: Conexant Systems, Inc. (9439); Conexant CF, LLC (6434); Brooktree Broadband Holding, Inc. (5436); Conexant, Inc. (8218); Conexant Systems Worldwide, Inc. (0601). The Debtors' main corporate address is 4000 MacArthur Blvd., Newport Beach, California 92660.

#21985606 v1

| | |
|---|---|
| Mark Minuti, Esq.<br>Saul Ewing LLP<br>222 Delaware Ave, Ste 1200<br>PO Box 1266<br>Wilmington, DE 19899 | Robert Eisenbach, Esq.<br>Cooley LLP<br>101 California Street<br>5th Floor<br>San Francisco, CA 94111-5800 |
| Chris L. Dickerson, Esq.<br>DLA Piper<br>203 N. LaSalle Street<br>Suite 1900<br>Chicago, IL 60601 | Paul Basta, Esq.<br>Joshua Sussberg, Esq.<br>Christopher Greco, Esq.<br>Joseph Pack, Esq.<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022 |
| Domenic Pacitti, Esq.<br>Michael Yurkewicz, Esq.<br>Klehr Harrison Harvey Branzburg LLP<br>919 North Market Street<br>Suite 1000<br>Wilmington, DE 19801 | Morton Braznburg, Esq.<br>Klehr Harrison Harvey Branzburg LLP<br>1835 Market Street<br>Suite 1400<br>Philadelphia, PA 19103 |
| Tiiara Patton, Esq.<br>Office of the United States Trustee<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801 | Tobey Daluz, Esq.<br>Matthew Summers, Esq.<br>Ballard Spahr LLP<br>919 North Market Street<br>11th Floor<br>Wilmington, DE 19801 |

#21985606 v1

| | |
|---|---|
| Michael Stamer, Esq.<br>Akin Gump Strauss & Feld LLP<br>One Bryant Park<br>Bank of America Tower<br>New York, NY 10036-6745 | Jami Nimeroff, Esq.<br>Brown Stone Nimeroff, LLC<br>901 N. Market St, Suite 1300<br>Wilmington, DE 19801 |
| Donald K. Ludman, Esq.<br>Brown & Connery, LLP<br>6 North Broad Street, Suite 100<br>Woodbury, NJ 08096 | Buchanan Ingersoll & Rooney PC<br>Peter J. Duhig, Esq.<br>1105 North Market Street<br>Suite 1900<br>Wilmington, DE 19801 |
| Shawn M. Christianson, Esq.<br>Buchalter Nemer<br>55 Second Street, 17th Floor<br>San Francisco, CA 94105-3493 | Department of Labor and Industry<br>Bankruptcy & Compliance Unit<br>625 Cherry St, Room 203<br>Reading, PA 19602-1152 |
| Canon USA, Inc<br>R.Sadler, Patent Litigation Counsel<br>Intellectual Property Division<br>One Canon Park<br>Melville, NY 11747 | Stuart M Brown, Esq.<br>Michelle E Marino, Esq.<br>DLA Piper LLP<br>919 N Market St, 15th Floor<br>Wilmington, DE 19801 |

**#21985606 v1**

Diamond Multimedia, USA
Bruce Zaman
20740 Plummer St
Chatsworth, CA 91311

Richard Chi
Hirco Inc
13617 12th St. Unit C
Chino, CA 91710

J.Frank, Esq
J.Kleinman, Esq
Frankgecker, LLP
325 N LaSalle St, Ste 625
Chicago, IL 60654

Iron Mountain Information Mgmt LLC
Joseph Corrigan
745 Atlantic Avenue, 10th Floor
Boston, MA 02111

IBM Corporation
Bankruptcy Coordinator
275 Viger East
Suite 400
Montreal, QC H2x3r7
Canada

Adam Landis, Esq.
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE 19801

James S. Carr, Esq.
Craig A. Wolfe, Esq.
Catherine L. Thompson, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Christine E Devine, Esq.
Mirick, O`Connell
1800 W Park Drive
Suite 400
Westborough, MA 01581

#21985606 v1

| | |
|---|---|
| Amish R. Doshi, Esq.<br>Gnozzi & Kye, LLP<br>23 Green Street, Suite 302<br>Huntington, NY 11743 | Adam A. Lewis, Esq.<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105 |
| Mark A. Fink, Esq.<br>Montgomery McCracken Walker & Rhoads, LLP<br>1105 North Market Street<br>15th Floor<br>Wilmington, DE 19801 | Steven Meyer, Esq.<br>Tyler Olson, Esq.<br>Oppenheimer Wolff & Donnelly LLP<br>Campbell Mithun Tower – Suite 2000<br>222 South Ninth Street<br>Minneapolis, MN 55402 |
| Frank Peretore, Esq<br>Peretore & Peretore, PC<br>191 Woodport Road<br>Sparta, NJ 07871 | Kurt Gwynne, Esq<br>Reed Smith LLP<br>1201 N. Market Street, Suite 1500<br>Wilmington, DE 19801 |
| Eric A. Schaffer, Esq.<br>Reed Smith LLP<br>Reed Smith Centre<br>225 Fifth Avenue, Suite 1200<br>Pittsburgh, Pa 15230-2009 | Joseph E. Shickich, Jr., Esq.<br>Iddell Williams P.S.<br>1001 - 4th Avenue, Suite 4500<br>Seattle, WA 98154 |

**#21985606 v1**

| | |
|---|---|
| Kevin J. Mangan, Esq.<br>Matthew P. Ward, Esq.<br>Womble Carlyle Sandridge & Rice LLP<br>222 Delaware Avenue<br>Suite 1501<br>Wilmington, DE 19801 | Pauline K. Morgan, Esq.<br>Sean T. Greecher, Esq.<br>Young Conaway Stargatt Taylor, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801 |
| Linda Boyle<br>TW Telecom Inc<br>10475 Park Meadows Dr, #400<br>Littleton, CO 80124 | Delaware Secretary of State<br>Division of Corporations<br>Franchise Tax<br>PO Box 898<br>Dover, DE 19903 |
| Delaware State Treasury<br>820 Silver Lake Boulevard<br>Suite 100<br>Dover, DE 19904 | Internal Revenue Service<br>Insolvency<br>31 Hopkins Plaza, Room 1150<br>Baltimore, MD 21201 |
| Securities & Exchange Commission<br>Attn George S. Canellos, Regional D<br>New York Regional Office<br>3 World Financial Center, Suite 400<br>New York, NY 10281-1022 | Secretary of Treasury<br>PO Box 7040<br>Dover, DE 19903 |

#21985606 v1

| | |
|---|---|
| Securities & Exchange Commission<br>Secretary of the Treasury<br>100 F St NE<br>Washington, DC 20549 | Securities & Exchange Commission<br>Attn: Nathan Fuchs<br>233 Broadway<br>New York, NY 10279 |
| United States Attorney`s Office<br>for the District of Delaware<br>1007 N. Orange Street<br>Suite 700<br>Wilmington, DE 19801 | STATS ChipPAC LTD<br>Thomas McNaughton, IP Counsel<br>47400 Kato Road<br>Freemont, CA 94538 |
| PRES-4340 Von Karman LP<br>David Bonaparte<br>19782 MacArthur Blvd.<br>Suite 100<br>Irvine, CA 92612 | Ricoh Americas Corporation<br>Olivia Moody<br>Recovery & Bankruptcy Group<br>3920 Arkwright Road, Ste 400<br>Macon, GA 31210 |
| Diamond Multimedia, USA<br>Bruce Zaman<br>20740 Plummer St<br>Chatsworth, CA 91311 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |

#21985606 v1

| | |
|---|---|
| State of Delaware<br>Division of Revenue<br>820 North French Street, 8th Floor<br>Wilmington, DE 19801-0820 | Securities & Exchange Commission<br>Attn: Michael Berman<br>Office of General Counsel-Bankruptcy<br>100 F St NE<br>Washington, DC 20549 |
| | Samsung Electronics Co LTD<br>Jaishuk Hong, Esq.<br>CPO Box 170,Samsung Electronics Bld<br>1320-10 Seocho-2-dong, Seocho-gu<br>Seoul, 137-857<br>South Korea |

#21985606 v1